UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN WILLIAM BLICKENSTAFF,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HAYWARD, et al.,<br><br>    Defendants. | Case No. 21-cv-09952-WHO<br><br>**ORDER GRANTING MOTION TO RESET BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 22 |

Having reviewed plaintiff Evan Blickenstaff's unopposed administrative motion to reset the briefing schedule on the pending motion to dismiss, and good cause appearing, Blickenstaff's motion is GRANTED.  *See* Dkt. No. 22.

The motion to dismiss will be heard on July 20, 2022, at 2:00 p.m.  Plaintiff's response is due by June 22, 2022.  Any reply is due by July 6, 2022.  The Case Management Conference is rescheduled for September 13, 2022, at 2:00 p.m.  A Joint Case Management Statement is due by September 6, 2022.

**IT IS SO ORDERED.**

Dated: May 17, 2022

William H. Orrick
United States District Judge