JEREMY L. FRIEDMAN, CA Bar No. 142659
ATTORNEY AT LAW
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087
Email: jlfried@comcast.net

Attorneys for plaintiff Evan Blickenstaff

MICHAEL S. LAWSON (SBN 048172)
City Attorney
ANKUSH AGARWAL (SBN 233150)
Assistant City Attorney
AMY S. ROTHMAN (SBN 308133)
Deputy City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4458
Fax: (510) 583-3660

Attorneys for Defendants City of Hayward;
Hayward Police Officers Morgan, Romero,
Gonzalez, Sgt. Clayton, Lt. Cantrell and Lt. Wagner;
and City Attorney Lawson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Evan Blickenstaff, <br><br> Plaintiff, <br><br> vs. <br><br> City of Hayward, Jack James Tow Service Inc., and the following persons in their individual and official capacities: Hayward Police Officers Daniel Morgan, Alicia Romero, Roberto Gonzalez, Sergeant Tommie Clayton, Lieutenant Ryan Cantrell, Lieutenant Wagner, and Hayward City Attorney Michael Lawson; and DOES ONE through TWENTY <br><br> Defendants. | Case No. 3:21-cv-09952-WHO <br><br> **ORDER RE ADMINISTRATIVE MOTION FOR ADJUSTED SCHEDULING ORDER ON CITY DEFENDANTS' MOTION TO DISMISS** |

Pursuant to parties' stipulation, and for good cause showing, the Court hereby enters the following revised scheduling order:

(1) Hearing on City Defendants' motion (ECF 12) is continued from July 20, 2022, until September 14, 2022, at 2:00 pm;

(2) Plaintiff's response to the motion is due on or before July 27, 2022; and

(3) City Defendants' reply, if any, is due on or before August 31, 2022; and

(4) The case management conference currently set for September 13, 2022, is continued to __October 11, 2022__.

**IT IS SO ORDERED**

Dated: __June 27__, 2022

_____
Hon. William H. Orrick
UNITED STATES DISTRICT COURT JUDGE