```
1   MICHAEL S. LAWSON (SBN 048172)
    City Attorney
2   ANKUSH AGARWAL (SBN 233150)
    Assistant City Attorney
3   AMY S. ROTHMAN (SBN 308133)
    Deputy City Attorney
4   CITY OF HAYWARD
5   777 B Street, 4th Floor
    Hayward, CA 94541-5007
6   Tel: (510) 583-4458
    Fax: (510) 583-3660
7
8   Attorneys for Defendants City of Hayward;
    Hayward Police Officers Morgan, Romero,
9   Gonzalez, Sgt. Clayton, Lt. Cantrell and Lt. Wagner.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN BLICKENSTAFF,<br><br>    Plaintiff,<br>v.<br><br>CITY OF HAYWARD, et al.,<br><br>    Defendants. | **Case No: 21-cv-09952-WHO**<br><br>**NOTICE OF HAYWARD DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Hearing Date: April 5, 2023<br>Hearing Time: 2PM<br>Judge: Hon. William H. Orrick |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 5, 2023, at 2:00 p.m., or as soon thereafter as this matter can be heard, in the U.S. District Court in the Northern District, Defendants City of Hayward and the six individual defendants named in this action, will and hereby do move this Court to dismiss the Second Amended Complaint ("SAC") filed by Plaintiff Evan Blickenstaff.

This Motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the SAC fails to state any plausible claims or cognizable legal theories upon which relief can be granted. The Motion is based on this Notice and the supporting Memorandum of Points and Authorities filed herewith, the supporting Declaration of Ankush Agarwal with Exhibit 1 filed herewith, as well as any evidence and oral argument that may be presented at the hearing.

DATED: February 24, 2023                  Respectfully submitted,

                                          MICHAEL S. LAWSON, City Attorney

                              By:         /s/ Ankush Agarwal

                                          Ankush Agarwal, Assistant City Attorney
                                          Attorneys for Hayward Defendants