JEREMY L. FRIEDMAN, CA Bar No. 142659
ATTORNEY AT LAW
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087
Email: jlfried@comcast.net

Attorneys for plaintiff Evan Blickenstaff

MICHAEL S. LAWSON (SBN 048172)
City Attorney
ANKUSH AGARWAL (SBN 233150)
Assistant City Attorney
AMY S. ROTHMAN (SBN 308133)
Deputy City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4458
Fax: (510) 583-3660

Attorneys for Defendants City of Hayward;
Hayward Police Officers Morgan, Romero,
Gonzalez, Sgt. Clayton, Lt. Cantrell and Lt. Wagner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Evan Blickenstaff ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> City of Hayward, Jack James Tow ) <br> Service Inc., and the following persons in ) <br> their individual and official capacities: ) <br> Hayward Police Officers Daniel Morgan, ) <br> Alicia Romero, Roberto Gonzalez, ) <br> Sergeant Tommie Clayton, Lieutenant ) <br> Ryan Cantrell, and Lieutenant Wagner; ) <br> and DOES ONE through TWENTY ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:21-cv-09952-JCS <br><br> **STIPULATION FOR ONE COURT DAY ADJUSTMENT TO BRIEFING ON CITY DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Hearing Date: April 5, 2023 <br> Proposed Opp. Date: March 13, 2023 <br> Proposed Reply Date: March 20 |

Pursuant to Local Rules 6-2 and 7-3(a), plaintiff Evan Blickenstaff, and defendants City of Hayward, Hayward Police Officers Morgan, Romero, Gonzalez, Sgt. Clayton, Lt. Cantrell and Lt. Wagner (collectively, "City Defendants"), hereby stipulate to an Order adjusting the briefing schedule on City Defendants' motion to dismiss the Second Amended Complaint (ECF 46) by one additional court day. Under this adjustment, briefing on the motion will still be completed more than two weeks before the scheduled April 5, 2023, hearing on motion.

Good cause exists for this request:

Whereas, pursuant to the Court's prior dismissal order (ECF 44), plaintiff filed his Second Amended Complaint on February 10, 2023;

Whereas, on February 24, 2023, City Defendants filed a motion to dismiss the Second Amended Complaint, selecting a hearing date on April 5, 2023;

Whereas, under Northern District Local Rule 7-3(a) and (c), plaintiff's opposition to the motion is due on March 10, 2023, and City Defendants' reply would be due March 17, 2023;

Whereas, plaintiff intends to oppose the motion with a memorandum of points and authorities that addresses five different constitutional provisions, the *Monell* doctrine and applicable state law, with citations to, and/or discussions of, dozens of authorities;

Whereas, despite best efforts, plaintiff's counsel requires a short extension of time of one court date (including the weekend) in which to complete drafting and editing of the memorandum of points and authorities;

Whereas, with an extension of time to file the opposition until March 13, 2023, City Defendants reply brief would be due March 20, 2023 – a date more than 2 weeks before the hearing date on April 5;

Now, therefore, the parties stipulate, agree and jointly request the Court adjust the briefing schedule on the motion as follows:

(1)   Plaintiff's response to the motion to dismiss the Second Amended Complaint to be filed by March 13, 2023;

(2)   City Defendants' reply on the motion to be filed by March 20, 2023; and

(3)   Hearing on the motion shall remain as scheduled on April 5, 2023.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: March 10, 2023      Law Office of Jeremy L. Friedman

By:   /s/Jeremy L. Friedman
      Jeremy L. Friedman

Attorney for plaintiff Evan Blickenstaff

Dated: March 10, 2023      MICHAEL S. LAWSON, City Attorney

By:   /s/Ankush Agarwal
      ANKUSH AGARWAL, Assistant City Attorney

Attorneys for Defendants City of Hayward; Hayward Police Officers Morgan, Romero, Gonzalez, Sgt. Clayton, Lt. Cantrell and Lt. Wagner